AO 91 (Rev. 11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| M'claude PETION | ) Case No. |
| | ) 6:22-mj- 1661 |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 27, 2022__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and or ammunition by a convicted felon. |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature

Raymond Allen, Special Agent, ATF
Printed name and title

Sworn to before me via Zoom and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 06/28/2022

City and state: Orlando, FL

_____
Judge's signature

Embry J. Kidd, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                                          CASE NO. 6:22-mj-1661

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF THE
## ISSUANCE OF A CRIMINAL COMPLAINT

I, Raymond Allen, being duly sworn, do hereby state the following:

### INTRODUCTION

1. I am employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been employed in this capacity since September 2015. I am currently assigned to the Orlando Group III Field Office, under the Tampa Field Division. In the course of my duties, I am charged with the investigation and enforcement of violations of federal firearms, alcohol, tobacco, arson and explosives laws. Prior to my employment with ATF, I was employed by the Orange County Sheriff's Office (OCSO) in the State of Florida for approximately 13 years. During my employment with the OCSO, I was assigned to various units investigating crimes related to violence, criminal gangs, narcotics and firearm related activity. I have a bachelor's degree from Columbia College in criminal justice. I am a graduate of the Criminal Investigator Training Program and the ATF National Academy, both of which are located at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. As a federal agent, I am authorized to investigate violations of federal laws of the United States and to execute warrants issued under the authority of the United States. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

3. As a result of my training and experience as an ATF SA, I am familiar with the following federal criminal statute and related firearms offenses:

> **18 U.S.C. § 922(g)(1):** It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce or possess in or affecting commerce, any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## PURPOSE OF THE AFFIDAVIT

4. This affidavit is based upon my personal knowledge, my review of documents and or other evidence, and my conversations with other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

5. I respectfully submit this affidavit in support of a criminal complaint for Miclaude PETION (PETION) for violating 18 U.S.C. § 922(g)(1), possession of a

firearm and or ammunition by a prohibited person (having been convicted in any court of a crime punishable by imprisonment for more than a year).

6. On or about Monday, June 27, 2022, the Drug Enforcement Administration (DEA), the ATF and other law enforcement officers executed a federal search warrant at the residence of PETION located at 5686 Estabrook Woods Drive Apartment 207, Orlando, Florida, 32839 (6:22-mj-1652-LHP). As a result of that court authorized search, a loaded (seventeen rounds plus in one in the chamber) Ruger, Model 57, 5.7x28 caliber pistol bearing serial number 643-16604 (SUBJECT FIREARM) was recovered from PETION's bedroom, laying in plain view on the mattress. Also, located on PETION's mattress was approximately 1.09 grams of suspected crack cocaine (field tested positive for the presence of cocaine) next to the game console controller, as depicted below:



7. A locked gun safe was found in PETION's bedroom closet. The safe was opened by law enforcement and inside were the following items:

3

-One Ruger, Model SR-762, 7.62 caliber rifle bearing serial number 561-06870;

-Premiere Firearms, PF-15, multi caliber pistol bearing serial number 643-16604;

-One Premiere Firearms, PF-15, multi caliber pistol bearing serial number PF00246;

-One Arms Room, Model TAR-15, multi caliber pistol bearing serial RJ01478 (stolen);

-Several hundreds of rounds of assorted ammunition;

-Approximately 468.87 grams of suspected cocaine (field tested positive for the presence of cocaine).

8. Another firearm described as an Anderson Manufacturing, Model AM-15, multi caliber pistol, bearing serial number 19254996, was found in another part of the apartment.

9. Furthermore, there was evidence of drug trafficking seized from PETION's bedroom. This evidence includes three digital scales, which are commonly used to measure controlled substances. The scales, which were found on his dresser, had what appeared to be residue from controlled substances on them. Along with the scales, plastic baggies, which are generally used to package narcotics for sale were also found. Approximately 1,304.99 grams of suspected marijuana

4

(field tested presumptive positive for the presence of marijuana) was also found in different parts of PETION's bedroom.

## CRIMINAL HISTORY

10. Using his unique identifiers (name, date of birth, social security number), I researched PETION'S criminal history. It revealed that PETION has four felony convictions in the State of Florida, which are as follows:

> **Hiring with Intent to Defraud**
> **Unlawful Possession of a License**
> **Credit Card Forgery**
> **Credit Card Forgery**
> Lee County Circuit Court Case No.
> 362019CF016007000ACH
> On or about August 25, 2021
> Sentence: 240 days imprisonment
>
> **Possession of Cocaine**
> Orange County Circuit Court Case No.
> 482017CF015512000AOX
> On or about June 26, 2018
> Sentenced: 57 days confinement
>
> **Burglary to a Conveyance**
> **Burglary to a Conveyance**
> **Burglary to a Conveyance**
> **Burglary to a Conveyance**
> Orange County Circuit Court Case No.
> 482015CF006626000AOX
> On or about January 8, 2016
> Sentence: 87 days confinement
>
> **Carrying a Concealed Firearm**
> Orange County Circuit Court Case No.
> 482014CF016706000AOX
> On or about June 17, 2015
> Sentence: 43 days confinement

5

10. Based on the nature of his prior convictions, the recency of those convictions, PETION knew that he previously had been convicted of an offense punishable by a term of imprisonment in excess of one year (a felony). The Florida Office of Executive Clemency has no record of PETION ever having his civil rights restored following these convictions.

## NEXUS

11. Based on a visual inspection by ATF SA Nestor Vazquez (an interstate nexus expert), the SUBJECT FIREARM seized from PETION's bedroom was manufactured and or assembled outside the state of Florida and therefore affected interstate and/or foreign commerce.

## CONCLUSION

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that PETION has committed a violation of 18 U.S.C. § 922(g)(1).

This concludes my affidavit.

*Raymond Allen*
Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Affidavit submitted by email and attested
to me as true and accurate by Zoom conference
consistent with Fed. R. Crim. P. 4.1 and 41(d)(3)
this 28 day of June, 2022.

EMBRY J. KIDD
United States Magistrate Judge

7